UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| C.M. KLOBNOCK, | ) | CASE NO. WD CV 10-2627-DMG (PJW) |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED |
| HOWARD SOMMERS TOWING, et al., | ) ) | STATES MAGISTRATE JUDGE |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which the parties have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

DATED: September 14, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE