1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9   C.M. KLOBNOCK,                ) CASE NO. WD CV 10-2627-DMG (PJW)
                                  )
10           Plaintiff,           )
                                  ) ORDER ACCEPTING REPORT AND
11       v.                       ) ADOPTING FINDINGS, CONCLUSIONS,
                                  ) AND RECOMMENDATIONS OF UNITED
12   HOWARD SOMMERS TOWING, et al.,) STATES MAGISTRATE JUDGE
                                  )
13           Defendants.          )
   _____)

14

15       Pursuant to 28 U.S.C. § 636, the Court has reviewed the First

16   Amended Complaint, the records on file, and the Final Report and

17   Recommendation of the United States Magistrate Judge.  Further, the

18   Court has engaged in a *de novo* review of those portions of the Report

19   to which the parties have objected.  The Court accepts the findings

20   and recommendation of the Magistrate Judge.

21

22       DATED: September 14, 2011

23

24                              _Dolly M. Gee_

25                              _____
                                DOLLY M. GEE
26                              UNITED STATES DISTRICT JUDGE

27

28