# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV 10-2627-DMG (PJW)**                                    **Date:** April 4, 2012

**TITLE:** *C.M. Klobnock v. City of Los Angeles, et al.*

==================================================================
**PRESENT:**

### HON. PATRICK J. WALSH, MAGISTRATE JUDGE

| **Celia Anglon-Reed** | **N/A** |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFF:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**

   None                                                                      None


**PROCEEDINGS: Order to Show Cause (In Chambers)**

On January 9, 2012, Defendant Howard Sommers Towing, Inc. ("HST") filed a motion for judgment on the pleadings. (Docket No. 75.) Plaintiff had until March 10, 2012 to file his opposition. (Docket No. 76.) As of the date of this Order, Plaintiff has failed to do so. Failure to file an opposition is grounds for dismissal of a case under Federal Rule of Civil Procedure 41(b). *See Ghazali v. Moran*, 46 F.3d 52, (9th Cir. 1995) (per curiam). The Court will allow Plaintiff one more opportunity to respond. Plaintiff has until **April 30, 2012** to file his opposition to Defendant HST's motion for judgment on the pleadings. **Plaintiff is warned that failure to file an opposition could result in dismissal of his case under Federal Rule of Civil Procedure 41(b).**

**MINUTES FORM 90**                                                  **Initials of Deputy Clerk   CA**
**CIVIL -- GEN**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>**

CC:

```
C.M. Klobnock                      Rachel A. Mihai
14402 Reflection Lakes Drive       Bremer Whyte Brown & O'Meara LLP
Fort Myers, Florida 33907          20320 SW Birch Street, 2d Floor
                                   Newport Beach, California 92660

                                   Craig J. Miller
                                   LA City Attorney's Office
                                   200 N. Main St., 6th Flr.
                                   Los Angeles, California 90012
```

S:\PJW\Cases-Civil Rights\KLOBNOCK, C 2627\OSC_jotp_opp.wpd

**MINUTES FORM 90**                                    **Initials of Deputy Clerk   CA  **
**CIVIL -- GEN**