UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M. KLOBNOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF LOS ANGELES, et al.,<br><br>    Defendants. | CASE NO. CV 10-2627-DMG (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Defendant has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

DATED: September 25, 2012

                               /s/ Dolly M. Gee
                               DOLLY M. GEE
                               UNITED STATES DISTRICT JUDGE