1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10   C.M. KLOBNOCK,                    )  Case No. CV 10-2627-DMG (PJW)
                                       )
11                  Plaintiff,         )  ORDER ACCEPTING REPORT AND
                                       )  ADOPTING FINDINGS, CONCLUSIONS,
12           v.                        )  AND RECOMMENDATIONS OF UNITED
                                       )  STATES MAGISTRATE JUDGE
13   CITY OF LOS ANGELES, et al.,      )
                                       )
14                  Defendants.        )
     _____)

15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third

17   Amended Complaint, the records on file, and the Report and

18   Recommendation of United States Magistrate Judge.  The Court has

19   engaged in a *de novo* review of those portions of the Report to which

20   Plaintiff has objected.  The Court accepts the Report and adopts it

21   as its own findings and conclusions.

22

23   DATED:    August 12, 2013

24

25                                   _____
                                     DOLLY M. GEE
26                                   UNITED STATES DISTRICT JUDGE

27

28   C:\Temp\notesE1EF34\LA10CV02627DMG(PJW)_Klobnock_Ord.wpd