UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M. KLOBNOCK,<br><br>               Plaintiff,<br><br>     v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>               Defendants. | Case No. CV 10-2627-DMG (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the Report and adopts it as its own findings and conclusions.

DATED: August 12, 2013

                                            /s/ Dolly M. Gee
                                       DOLLY M. GEE
                                       UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA10CV02627DMG(PJW)_Klobnock_Ord.wpd