1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10   C.M. KLOBNOCK,                    )   Case No. CV 10-2627-DMG (PJW)
                                       )
11                 Plaintiff,          )   J U D G M E N T
                                       )
12           v.                        )
                                       )
13   CITY OF LOS ANGELES, et al.,      )
                                       )
14                 Defendants.         )
     _____)

15

16        Pursuant to the Order Accepting Report and Adopting Findings,

17   Conclusions, and Recommendations of United States Magistrate Judge,

18        IT IS ADJUDGED that the action is dismissed with prejudice.

19

20   DATED:   August 12, 2013

21

22   _____
     DOLLY M. GEE
23   UNITED STATES DISTRICT JUDGE

24

25

26

27

28   C:\Temp\notesE1EF34\LA10CV02627DMG(PJW)_Klobnock_Judgment.wpd