UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M. KLOBNOCK, | Case No. CV 10-2627-DMG (PJW) |
| Plaintiff, | J U D G M E N T |
| v. | |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: August 12, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA10CV02627DMG(PJW)_Klobnock_Judgment.wpd